

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2022

No. 04-22-00054-CV

Douglas K. **SMITH**,
Appellant

v.

**PIONEER BANK**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-24897
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

On January 28, 2022, appellant, Douglas K. Smith, filed a motion for an emergency order to stay a foreclosure pending further order of the court. On January 31, 2022, appellee Pioneer Bank responded to the motion and Smith replied to the response. We **GRANT** the emergency motion for stay pending disposition of the appeal and **STAY** the foreclosure of real property described as: "Lot 42, Block 2, New City Block 11671, Inverness Unit-1, Planned Unit Development, City of San Antonio, Bexar County, Texas, according to the Map or Plat thereof recorded in Volume 9541, Pages 84-87, Deed and Plat records of Bexar County, Texas. Also commonly known as 101 Bretford Court, San Antonio, Bexar County, Texas." *See* TEX. R. APP. P. 29.3.

It is so **ORDERED** on January 31, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT